STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. QUINCY H. LUCARELLO, DEFENDANT-APPELLANT.

Argued November 3, 1975—Decided December 3, 1975.

*Mr. Thomas P. Ford, Jr.,* argued the cause *pro se.*

*Mr. R. Benjamin Cohen,* Assistant Prosecutor, argued the cause for plaintiff-respondent (*Mr. Anthony J. Fusco, Mr. Harry Robinson, III* and *Mr. Stephen Rosenfeld,* Assistant Prosecutors, of counsel; *Mr. Joseph P. Lordi,* Essex County Prosecutor, attorney).

PER CURIAM. The judgment of the Appellate Division is affirmed substantially for the reasons set forth in its majority opinion reported at 135 *N. J. Super.* 347 (1975).

*For affirmance*—Chief Justice HUGHES, Justices MOUNTAIN, SULLIVAN, PASHMAN, CLIFFORD and SCHREIBER and Judge CONFORD—7.

*For reversal*—None.